**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7902**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

EDDIE THOMAS JACKSON,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  C. Weston Houck, Senior District
Judge.  (4:00-cr-00607-CWH)

———————

Submitted: February 15, 2007        Decided:  February 26, 2007

———————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Eddie Thomas Jackson, Appellant Pro Se.  Alfred William Walker
Bethea, Jr., Assistant United States Attorney, Florence, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Thomas Jackson appeals a district court order denying his motion to compel the Government to file a Federal Rules of Criminal Procedure Rule 35(b) motion. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. See United States v. Jackson, No. 4:00-cr-00607-CWH (D.S.C. Oct. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED